|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF OKLAHOMA | **FILED**<br>Sep. 19, 2016<br>Grant E. Price , Clerk<br>U.S. Bankruptcy Court<br>Western District of Oklahoma |

**IN RE:**

**John C Hill III**
**Naomi L. Hill**
    Debtor(s).

Case Number:  13–13406 – JDL

Chapter  13

## Order of Substitution

   An Assignment of Claim was filed in this case on 8/22/16.   The assignor is SRMOF II 2012–1 Trust for Claim No. 15 and the assignee is US Bank National Association as Trustee of the Preston Ridge Partners Investments II Trust.   The amount of the claim is $137211.02.

   Notice of the assignment was entered by the Clerk on 8/23/16 and forwarded to the assignee and assignor.

   No objection to the assignment has been filed as of the date of this order.

   THEREFORE, THE COURT ORDERS that US Bank National Association as Trustee of the Preston Ridge Partners Investments II Trust be substituted in place of SRMOF II 2012–1 Trust for Claim No. 15.

Dated:  September 19, 2016

                                                 **Janice D. Loyd**
                                   United States Bankruptcy Court Judge