IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re:<br><br>**JOHN C HILL III**<br>**NAOMI L HILL**<br><br>Debtors. | Case No. 13-13406-JDL<br>Chapter 13 |

**TRUSTEE'S OBJECTION TO CLAIM NUMBER 6 WITH NOTICE OF OPPORTUNITY FOR HEARING COMBINED WITH NOTICE OF HEARING**

COMES NOW, John Hardeman, Chapter 13 Trustee ("Trustee"), and pursuant to 11 U.S.C. Section 502, Rules 3001 and 3007 of the Federal Rules of Bankruptcy Procedure, and Local Rule 3007-1, objects to Claim Number 6 filed by US BANK TRUST NA ("Claimant") in the amount of $32,622.42 based on the following:

The Trustee has made reasonable attempts to make disbursements to Claimant. However, such attempts have been unsuccessful due to the refusal of the Claimant to accept disbursement checks issued by the Trustee. As a result, the Claim should be disallowed to the extent of any unpaid balance.

WHEREFORE, the Trustee respectfully requests that Claim Number 6 filed by US BANK TRUST NA in the amount of $32,622.42 be disallowed to the extent of the unpaid balance on the Claim.

## NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to sustain the objection, or you wish to have your views considered, you must file a written response to the objection with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 14 days from date of filing of the objection. You should also serve a file-stamped copy of the response to the undersigned (and others who are required to be serviced) and file a certificate of service with the Court. If no response is timely filed, the Court may sustain the objection and strike the scheduled hearing without further notice pursuant to Local Rule 9013-1.E.

## NOTICE OF HEARING
## (TO BE HELD IF A RESPONSE IS FILED)

Notice is hereby given that if a response to the Trustee's Objection to Claim is filed, the hearing on the matter shall be held on December 20, 2016, at 8:30 a.m., in the Second Floor Courtroom of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102. If no response is timely filed and the Court grants the requested relief prior to the above-referenced hearing date, the hearing will be stricken from the docket of the Court.

      Respectfully Submitted,

      s/John Hardeman
      John Hardeman, Trustee
      321 Dean A. McGee Avenue
      PO Box 1948
      Oklahoma City, OK 73101
      13trustee@chp13okc.com
      Tel:  (405) 236-4843
      Fax: (405) 236-1004

## CERTIFICATE OF MAILING

This is to certify that on October 26, 2016, a true and correct copy of the foregoing document was served by U.S. Mail, first class, postage prepaid, on the following:

JOHN C HILL III
NAOMI L HILL
716 N BRIARCLIFF DR
MOORE, OK 73170

JULIE HIRD THOMAS
KIVELL RAYMENT & FRANCIS PC
7666 E 61ST STREET STE 550
TULSA, OK 74133

US BANK TRUST NA
% SELENE FINANCE
9990 RICHMOND AVE STE 400
HOUSTON, TX 77042

      s/John Hardeman
      John Hardeman, Trustee

      rm