IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| In Re: | Case No. 13-13406-JDL |
|---|---|
|     John C Hill III | Chapter 13 |
|     Naomi L Hill | |
|                      Debtors | |

**DEBTOR'S RESPONSE TO THE TRUSTEE'S
OBJECTION TO CLAIM NUMBER 6, and
REQUEST FOR COMPENSATION**

    COMES NOW the above named Debtors and for Response to the Trustee's Objection to Claim #6, respectfully states:

1. That Debtors want Claim #6 fully paid as the same is co-signed by Debtor's father.
2. That the Debtors are contacting the Creditor to determine why Trustee alleges that Creditor is not accepting payments from the Trustee.

    WHEREFORE, Debtors pray that the Trustee's Objection be denied, that Debtor's attorney be allowed a $500.00 attorney fee without the necessity of submitting time records, which shall be an administrative claim in this case and shall be paid at the rate of not less than $75.00 per month through the Plan, and for such other relief as this Court deems appropriate.

    Respectfully Submitted,

/s/ Kenneth C. McCoy
Kenneth C. McCoy, OBA #5926
8265 South Walker
Oklahoma City, OK   73139
405.631.0981
kmccoy_aba@yahoo.com
Attorney for Debtors            13-0029

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the date of its filing a true and correct copy of this pleading was:

1.    Electronically transmitted to the following listed parties by the Court's CM/ECF electronic noticing system:

- Gary C Barton     gary.c.barton@irscounsel.treas.gov
- John T. Hardeman     13trustee@chp13okc.com, trustee@chp13okc.com
- Robert J Hauge     bhauge15@gmail.com, bmyers@baer-timberlake.com;kjones@baer-timberlake.com
- Kenneth Clay McCoy     kmccoy_aba@yahoo.com, kmccoyaba@gmail.com
- Sean R McFarland     bankruptcy@tax.ok.gov
- Julie H Thomas     jthomas@kivell.com, mgeorge@kivell.com
- U.S. Trustee     Ustpregion20.oc.ecf@usdoj.gov

2. Mailed with proper postage prepaid thereon to the following:

John & Naomi Hill
716 N Briarcliff Dr
Moore, OK   73170

US Bank Trust NA
c/o Selene Finance
9990 Richmond Ave  STE 400
Houston, TX   77042

Julie Hird Thomas
Kivell Rayment & Francis PC
7666 E 61st Street   STE 550
Tulsa, OK   74133

/s/ Kenneth C. McCoy
Kenneth C. McCoy, OBA #5926
Attorney for Debtors           13-0029